

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-17-00014-CR

Jerry Wayne **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0421-CR-C
Honorable Doug Shaver, Judge Presiding

# O R D E R

On April 4, 2018, we issued a memorandum opinion in cause number 04-17-00014-CR. On June 29, 2018, appellant filed a pro se petition for discretionary review in the Texas Court of Criminal Appeals. On July 31, 2018, counsel filed a motion to withdraw. This court lacks jurisdiction to consider such a motion. Accordingly, counsel's motion to withdraw is DISMISSED FOR LACK OF JURISDICTION without prejudice to refiling in the Court of Criminal Appeals.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court